(130 So. 918)

**Henry BLACKMON v. STATE.**

6 Div. 875.

Court of Appeals of Alabama.
Nov. 13, 1930.

PER CURIAM.
Appeal dismissed on motion of appellant.

(134 So. 916)

**Norman BLANTON v. STATE.**

6 Div. 937.

Court of Appeals of Alabama.
May 12, 1931.

BRICKEN, P. J.
Affirmed.

(136 So. 925)

**Napoleon BLEDSOE v. STATE.**

7 Div. 847.

Court of Appeals of Alabama.
Aug. 17, 1931.

PER CURIAM.
Appeal dismissed by appellant.

(137 So. 917)

**I. F. BLUE et al. v. Beulah HOOKS.**

4 Div. 859.

Court of Appeals of Alabama.
Nov. 5, 1931.

PER CURIAM.
Appeal dismissed for want of prosecution.

(131 So. 913)

**Bessie BOHANNON v. STATE.**

5 Div. 804.

Court of Appeals of Alabama.
Nov. 25, 1930.

RICE, J.
Appeal dismissed.

(136 So. 925)

**Hobert BONARD v. STATE.**

3 Div. 707.

Court of Appeals of Alabama.
Aug. 4, 1931.

BRICKEN, P. J.
Appeal dismissed.

(131 So. 913)

**D. L. BOOZER, etc., v. G. A. WESTBROOK.**

6 Div. 831.

Court of Appeals of Alabama.
Nov. 28, 1930.

PER CURIAM.
Appeal dismissed for want of prosecution.

(131 So. 914)

**George BOUYER v. STATE.**

4 Div. 650.

Court of Appeals of Alabama.
Nov. 25, 1930.

RICE, J.
Reversed and remanded.